

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ELDON RODRIGUEZ and MARIA RODRIGUEZ, | § | No. 08-24-00024-CV |
| Appellants, | § | Appeal from the |
| v. | § | 171st District Court |
| HEATHER HARMSTON, JAIME GARDEA, SYNERGY CONSTRUCT, LLC, and GC RENTALS and MANAGEMENT, LLC D/B/A REALTY ONE GROUP MENDEZ BURK; | § § | of El Paso County, Texas (TC# 2021DCV2346) |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the portion of the trial court's order that dismissed Appellants' claims with prejudice. We affirm the remainder of the trial court's order and remand to the trial court for proceedings consistent with this opinion. We further order that Appellants recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 16th day of April 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ